IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY<br>970 Webster Street, N.E.<br>Washington, D.C. | \* <br> \* | |
| Plaintiff, | \* | CIVIL ACTION NO. _____ |
| v. | \* | (Removed from Superior Court,<br>District of Columbia (Civil Action |
| HERITAGE CARE, INC.<br>d/b/a St. Thomas More Nursing &<br>Rehabilitation Center<br>4922 LaSalle Road<br>Hyattsville, MD | \*<br><br>\*<br><br>\* | No. 06-0000603) |
| and | \* | |
| BENJAMIN ADEWALE, M.D.,<br>7011 Calano Street<br>Springfield, Virginia 22150 | \*<br><br>\* | |
| Defendants | \* | |

\* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, Heritage Care, Inc. ("Heritage"), by its undersigned attorneys, hereby files this Notice of Removal in order to remove this action from the Superior Court for the District of Columbia, in which it is now pending as Civil Action 06-0000603, to the United States District Court for the District of Columbia, and says:

1. On or after February 7, 2006, Heritage was served with a Complaint and Summons issued from the Superior Court for the District of Columbia, in Civil Action No. 06-0000603. Prior to service, Heritage had not received a copy of, nor did it have notice of the Complaint.

2. Plaintiff William Ray has alleged in that Complaint that he is, and at all pertinent times has been, a resident of the District of Columbia.

3. Defendant Heritage is a Maryland corporation with its principal place of business in the State of Maryland, in Prince George's County.

4. Defendant Benjamin Adewale, M.D., is a resident of the State of Virginia. Defendant Adewale has not yet been properly served with the summons and complaint in this matter, and, thus, is not required to consent to removal of this case to this Court.

5. Plaintiff Ray alleges that he is entitled to damages from Defendants, for various contract and/or tort causes of action, in amounts of compensatory damages in excess of $75,000, exclusive of interest and costs, plus the punitive damages in excess of $75,000, exclusive of interest and costs.

6. Consequently, the amount in controversy in this case exceeds the sum of $75,000.00, exclusive of interest and costs, and neither of the Defendants is a citizen of the District of Columbia for purposes of diversity of citizenship. Therefore, this Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1332.

7. Removal of the state action is proper, and this Notice is timely filed pursuant to 28 U.S.C. §1446, in that it is filed within 30 days after any Defendant, including Heritage, was served with process in the state action pending in the Superior Court for the District of Columbia or it otherwise received a copy of that Complaint.

Respectfully submitted,

*Peter A. Woolson*
Peter A. Woolson
Federal Bar No. 04448
Robinson Woolson, P.A.
Redwood Tower, Suite 1500
217 East Redwood Street
Baltimore, MD 21202
(410) 625-0000
(410) 625-0201 (FAX)

Attorney for Defendant Heritage Care, Inc.

OF COUNSEL:

*Kathleen M. McDonald*
Kathleen M. McDonald
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2006, a copy of the foregoing Notice of Removal was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA 22150, Defendant *pro se*.

_____
Kathleen M. McDonald

M3253