IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY<br>970 Webster Street, N.E.<br>Washington, D.C. | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. _____ |
| v. | * | (Removed from Superior Court,<br>District of Columbia (Civil Action<br>No. 06-0000603) |
| HERITAGE CARE, INC.<br>d/b/a St. Thomas More Nursing &<br>Rehabilitation Center<br>4922 LaSalle Road<br>Hyattsville, MD | * | |
| | * | |
| and | * | |
| BENJAMIN ADEWALE, M.D.,<br>7011 Calano Street<br>Springfield, Virginia 22150 | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*        \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF NOTICE OF REMOVAL
## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

I HEREBY CERTIFY that, on February 23rd, 2006, Defendant Heritage Care, Inc.,

gave notice to the Plaintiff in the above-captioned case that the case had been removed

from the Superior Court for the District of Columbia to the United States District Court

for the District of the District of Columbia, and a copy of said notice was filed with the

Clerk of the Superior Court for the District of Columbia. A copy of said notice, as so filed,

is attached hereto as Exhibit A. Consequently, the notice requirements of 28 U.S.C.

§1446(d) have been fulfilled in this case.

Respectfully submitted,

Peter A. Woolson

Peter A. Woolson
Federal Bar No. 04448
Robinson Woolson, P.A.
Redwood Tower, Suite 1500
217 East Redwood Street
Baltimore, MD 21202
(410) 625-0000
(410) 625-0201 (FAX)

Attorney for Defendant Heritage Care,
Inc.

OF COUNSEL:

Kathleen M. McDonald

Kathleen M. McDonald
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2006, a copy of the foregoing Notice of Filing of Notice of Removal in Superior Court for the District of Columbia was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA 22150, Defendant *pro se.*

Kathleen M. McDonald

M3254

# EXHIBIT A

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| WILLIAM RAY, | * |
| Plaintiff, | * |
|  | * |
| v. | * |
| HERITAGE CARE, INC., *et al.* | * CIVIL ACTION NO. 06-0000603 |
| Defendants. | * |
|  | * |
|  | * |

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant Heritage Care, Inc., through its undersigned attorney, hereby gives notice that it filed, on February 23rd, 2006, in the United States District Court for the District of Columbia, a Notice of Removal, removing this case from this Court to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. §1441. A copy of the Notice of Removal, filed in the United States District Court for the District of Columbia, is attached hereto as Exhibit A.

Respectfully submitted,

*Kathleen M. McDonald*

Kathleen M. McDonald
D.C. Bar No. 477269

31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956

Attorney for Defendant Heritage
Care, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2006, a copy of the foregoing Notice of Filing of Notice of Removal in United States District Court for the District of Columbia was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA 22150, Defendant *pro se*.

Kathleen M. McDonald

M3256

3