IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.*, | * | (Removed from Superior Court, District of Columbia (Civil Action |
| Defendants | * | No. 06-0000603) |

\* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE OF LAWRENCE J. GEBHARDT AS
COUNSEL FOR DEFENDANT HERITAGE CARE, INC., AND
<u>WITHDRAWAL OF APPEARANCE OF PETER A. WOOLSON</u>**

Please enter the appearance of Lawrence J. Gebhardt, as counsel for record for Defendant Heritage Care. The identifying information for Mr. Gebhardt's appearance is as follows:

> Lawrence J. Gebhardt
> Bar No.418749
> Gebhardt & Smith, LLP
> Ninth Floor
> The World Trade Center
> Baltimore, MD 21202
> (410) 752-5830
> (410) 383-5119 (FAX)

Please strike the appearance of Peter A. Woolson, Robinson Woolson, P.A., as counsel of record for Defendant Heritage Care, Inc.

Respectfully submitted,

*Lawrence J. Gebhardt*
Lawrence J. Gebhardt
Bar No.418749
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202
(410) 752-5830
(410) 383-5119 (FAX)

Attorney for Defendant Heritage Care, Inc.

OF COUNSEL:

*Kathleen M. McDonald*
Kathleen M. McDonald
D.C. Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, MD 21202
(410) 539-2900
(410) 539-2956 (FAX)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2006, a copy of the foregoing Entry of Appearance of Lawrence J. Gebhardt and Withdrawal of Appearance of Peter A. Woolson., was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, to Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se,* and to Peter A. Woolson, Esquire, Robinson Woolson, P.A. Redwood Tower, Suite 1500, 217 East Redwood Street, Baltimore, MD 21202, former counsel of record for Defendant Heritage Care, Inc.

_____
Kathleen M. McDonald

M3280