IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY<br>970 Webster Street, N.E.<br>Washington, D.C. | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 06-0322-RMU |
| v. | * | (Removed from Superior Court,<br>District of Columbia (Civil Action |
| HERITAGE CARE, INC.<br>d/b/a St. Thomas More Nursing &<br>Rehabilitation Center<br>4922 LaSalle Road<br>Hyattsville, MD | *<br>*<br>* | No. 06-0000603) |
| and | * | |
| BENJAMIN ADEWALE, M.D.,<br>7011 Calano Street<br>Springfield, Virginia 22150 | *<br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT HERITAGE CARE, INC., TO DISMISS,
OR, IN THE ALTERNATIVE, TO TRANSFER
CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
<u>MARYLAND, SOUTHERN DIVISION</u>**

Defendant, Heritage Care, Inc. ("Heritage"), moves, pursuant to Federal Rules of

Civil Procedure 12(b)(3) and 12(b)(2), that this case either be dismissed, because venue in

the District of Columbia is improper, under 28 U.S.C. §1391(a), and/or because the

Complaint filed by Plaintiff William Ray ("Ray") fails to allege any basis upon which this

Court could exercise personal jurisdiction over Heritage in the District of Columbia, or that it be transferred, pursuant to 28 U.S.C. §1406(a), to the United States District Court for the District of Maryland, Southern Division, in which venue would be proper and in which personal jurisdiction could be exercised over both Defendants.

In the alternative, even were venue proper in the United States District Court for the District of Columbia, which it is not, and even if Plaintiff had made a *prima facie* showing that this Court could properly exercise personal jurisdiction over Heritage, which he has not, this case should be transferred to the District of Maryland, Southern Division, for the convenience of the parties and in the interest of justice, under 28 U.S.C. §1404(a).

WHEREFORE, for the reasons set forth herein, and in the Memorandum of Law in support of this Motion, filed herewith and incorporated herein, Defendant Heritage requests that its motion be granted.

Respectfully submitted,

Lawrence J. Gebhardt
Bar No. 418749
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202
(410) 752-5830
(410) 383-5119 (FAX)

Attorney for Defendant Heritage Care, Inc.

2

OF COUNSEL:

_____
Kathleen M. McDonald
D.C. Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)

## LOCAL RULE 7(m) STATEMENT RE: CONFERENCE OF COUNSEL

I HEREBY CERTIFY that, on February 28, 2006, at 11:00 a.m., I spoke by telephone with Charles Canty, Esquire, counsel of record for Plaintiff, and asked him whether his client would consent to the transfer of this action to the United States District Court for the District of Maryland, Southern Division. He advised me that, although his client did not object to this case proceeding in the United States District Court, he opposed any transfer of this case to Maryland. Thus, this motion is opposed.

_/s/ Kathleen McDonald_
Kathleen M. McDonald
D.C. Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2006, a copy of the foregoing Motion of Defendant Heritage Care, Inc., to Dismiss or, in the Alternative, to Transfer to United States District Court for the District of Maryland, Southern Division, with Local Rule 7(m) Statement of Conference of Counsel, was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

                                                            Kathleen M. McDonald

M3275