# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM RAY,                          *

    Plaintiff,                       *

v.                                    *    CIVIL ACTION NO. 06-0322-RMU

HERITAGE CARE, INC., *et al.*         *    (Removed from Superior Court,
                                           District of Columbia (Civil Action
                                      *    No. 06-0000603)

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*        \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF WILLIAM ADAMS IN SUPPORT OF
MOTION OF DEFENDANT HERITAGE CARE, INC.
TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

    William Adams, under penalties of perjury and upon personal knowledge, gives this

affidavit and states as follows:

    1.   I am the authorized agent for Defendant Heritage Care, Inc. in this matter. I am

more than 18 years of age, I am competent to be a witness in this case, and I make this

affidavit upon personal knowledge of its contents, which are true.

    2.   Heritage Care, Inc., is a Maryland corporation, incorporated in that State on

March 3, 1996. At all times since its incorporation, the principal place of business of

Heritage Care, Inc., has been 4922 La Salle Road, Hyattsville, Maryland 20782, in Prince

George's County, Maryland. 4922 La Salle Road is also the address of St. Thomas More

Nursing & Rehabilitation Center, operated by Heritage Care, Inc., and referred to in the

Complaint. Heritage Care, Inc., has no and has never had any resident agent for service of process in the District of Columbia, nor is it required to do so.

3. Benjamin Adewale, M.D., the other defendant in this case, is a psychiatrist who treats patients and residents of St. Thomas More Nursing & Rehabilitation Center. He was Plaintiff William Ray's treating psychiatrist during the time period pertinent to the claims alleged in the Complaint in this case, and he provided those services to Mr. Ray at Heritage's facility in Prince George's County.

4. Prince George's Hospital Center, the other facility referenced in William Ray's Complaint in this case, in located in Prince George's County, Maryland,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2006.

_____
William Adams, as authorized agent for
Heritage Care, Inc.

M3277

2