IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.* | * | (Removed from Superior Court, District of Columbia (Civil Action |
| | * | No. 06-0000603) |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION OF DEFENDANT HERITAGE
CAREINC., TO DISMISS, OR, IN THE ALTERNATIVE,
TO TRANSFER**

This Court has considered the motion of Defendant, Heritage Care, Inc. ("Heritage"), to dismiss this case for improper venue and/or lack of personal jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(2), or that it be transferred, pursuant to 28 U.S.C. §1406(a), to the United States District Court for the District of Maryland, Southern Division, in which venue would be proper and in which personal jurisdiction could be exercised over both Defendants. This Court has concluded that venue in this Court is improper but that, in the interests of justice, this case should not be dismissed, but should be transferred, under 28 U.S.C. §1406(a), to the United States District Court for the District of Maryland, Southern Division. Accordingly, it is, this \_\_\_\_ day of _____, 2006, **ORDERED** that the motion of Heritage

Care, Inc., is, hereby, **GRANTED**, and that this case shall be transferred to the United States District Court for the District of Maryland, Southern Division, pursuant to 28 U.S.C. §1406(a).

_____
United States District Judge

cc:    Charles G. Canty, Esquire
1025 Connecticut Avenue, N.W.
Suite 1012
Washington, D.C. 20036

Lawrence J. Gebhardt, Esquire
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, Maryland 21202

Kathleen M. McDonald, Esquire
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202

Benjamin Adewale, M.D.
7011 Calano Street
Springfield, Virginia 22150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2006, a copy of the foregoing proposed Order Granting Motion of Defendant Heritage Care, Inc., to Dismiss or, in the Alternative, to Transfer to United States District Court for the District of Maryland, Southern Division, was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

                                                Kathleen M. McDonald

M3276