IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.* | * | (Removed from Superior Court, District of Columbia (Civil Action |
| Defendants | * | No. 06-0000603) |

\* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR HEARING

Defendant, Heritage Care, Inc. ("Heritage"), by its undersigned counsel, hereby requests a hearing on its motion to dismiss or, in the alternative, to transfer this case to the United States District Court for the District of Maryland, Southern Division.

Respectfully submitted,

*/s/ Lawrence J. Gebhardt*
Lawrence J. Gebhardt
Bar No. 418749
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202
(410) 752-5830
(410) 383-5119 (FAX)

Attorney for Defendant Heritage Care, Inc.

OF COUNSEL:

/s/ Kathleen McDonald
_____
Kathleen M. McDonald
D.C. Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2006, a copy of the foregoing Request for Hearing was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

*[signature]*
Kathleen M. McDonald

M3281