IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.*, | * | (Removed from Superior Court, District of Columbia (Civil Action |
| Defendants | * | No. 06-0000603) |

\* \* \* \* \* \* \* \* \* \*      \* \* \* \* \* \* \* \* \* \*

**UNCONTESTED MOTION OF LAWRENCE J. GEBHARDT FOR
ADMISSION PRO HAC VICE OF KATHLEEN M. McDONALD
AS ADDITIONAL COUNSEL FOR DEFENDANT HERITAGE CARE, INC.**

Lawrence J. Gebhardt, as counsel for record for Defendant Heritage Care, and as a member of the bar of this Court, moves that Kathleen M. McDonald, Esquire, be admitted pro hac vice as additional counsel of record for Defendant Heritage in this case, in accordance with Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia. Charles Canty, Esquire, counsel of record for Plaintiff William Ray, has advised Ms. McDonald that he does not oppose her admission pro hac vice, as per the Local Rule 7(m) Statement of Conference of Counsel, which is part this Motion.

As set forth in the Declaration of Kathleen M. McDonald, Esquire, Pursuant to Local Rule 83.1(d), attached hereto as Exhibit A, Ms. McDonald is a member of the bars of the Superior Court for the District of Columbia, the Court of Appeals of Maryland, the

United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit. She has never been disciplined by any bar, and she has not been admitted to this Court pro hac vice at any time within the last two years. She has been a member of the Bar of the Court of Appeals of Maryland since 1980 and she has acted as sole or lead counsel in many contested jury and bench trials on the merits and in contested evidentiary hearings. Her application for admission to the bar of this Court is pending and, if granted, Ms. McDonald would be admitted to the bar of this Court on April 3, 2006.

WHEREFORE, I move that Kathleen M. McDonald be admitted pro hac vice as additional counsel of record for Defendant Heritage Care, Inc., in this case.

Respectfully submitted,

*Lawrence J. Gebhardt*
Lawrence J. Gebhardt
Bar No.418749
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202
(410) 752-5830
(410) 383-5119 (FAX)

Attorney for Defendant Heritage Care, Inc.

## LOCAL RULE 7(m) STATEMENT OF CONFERENCE OF COUNSEL

I HEREBY CERTIFY that on February 28, 2006, at 11:00 a.m., I spoke by telephone with Charles Canty, Esquire, counsel of record for Plaintiff in this case. Mr. Canty informed me that he does not object to my admission in this case pro hac vice and that he will not oppose this motion.

*Kathleen M. McDonald*
Kathleen M. McDonald

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of March, 2006, a copy of the foregoing Motion for Admission Pro Hac Vice of Kathleen M. McDonald, Esquire, as Additional Counsel for Defendant Heritage Care, Inc., with Local Rule 7(m) Statement of Conference of Counsel, was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

Kathleen M. McDonald

M3278