# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.,* | * | (Removed from Superior Court, District of Columbia (Civil Action |
| Defendants | * | No. 06-0000603) |

\* \* \* \* \* \* \* \* \* \*        \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF KATHLEEN M. McDONALD, ESQUIRE, PURSUANT TO LOCAL RULE 83(d)

I HEREBY CERTIFY AND DECLARE, In accordance with Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, as follows:

1.    My full name is Kathleen Morris McDonald, and I am a partner in the firm of Kerr McDonald, LLP, 31 Light Street, Suite 400, Baltimore, Maryland 21202, (410) 539-2900.

2.    I am a member in good standing of the bars of the Superior Court for the District of Columbia, the Court of Appeals of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit.

3..    I have never been disciplined by any bar, for any reason.

4.    I have not been admitted to this Court pro hac vice at any time within the last two years.

5.    I have been a member of the Bar of the Court of Appeals of Maryland since

1980. I have acted as sole or lead counsel in many contested jury and bench trials on the

merits and in contested evidentiary hearings. My application for admission to the bar of this

Court is pending and, if approved, I would be admitted on April 3, 2006.

Kathleen M. McDonald
D.C. Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, MD 21202
(410) 539-2900
(410) 539-2956 (FAX)
E-mail: kmcdonald@kerrmcdonald.com

M3279

2