IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., *et al.*, | * | (Removed from Superior Court, District of Columbia (Civil Action |
| Defendants | * | No. 06-0000603) |

\* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF KATHLEEN M. McDONALD AS ADDITIONAL COUNSEL FOR DEFENDANT HERITAGE CARE, INC.

This Court, having considered the uncontested motion of Lawrence J. Gebhardt, a member of the bar of this Court, for admission pro hac vice of Kathleen M. McDonald, as additional counsel of record for Defendant Heritage Care, Inc., it is, this _____ day of _____, 2006, **ORDERED** that the motion is, hereby, **GRANTED**, and that Kathleen M. McDonald is hereby admitted pro hac vice as additional counsel of record for Defendant Heritage Care, Inc., pursuant to Local Rule 83(d) of this Court.

_____
United States District Judge

cc:   Charles G. Canty, Esquire
      1025 Connecticut Avenue, N.W.
      Suite 1012
      Washington, D.C. 20036

Lawrence J. Gebhardt, Esquire
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202

Kathleen M. McDonald, Esquire
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202

Benjamin Adewale, M.D.
7011 Calano Street
Springfield, Virginia 22150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2006, a copy of the foregoing proposed Order Granting Motion for Admission Pro Hac Vice of Kathleen M. McDonald, Esquire, as Additional Counsel for Defendant Heritage Care, Inc., was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

*Kathleen M. McDonald*
Kathleen M. McDonald

M3282