IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM RAY, * | |
| 970 Webster St., NE * | |
| Washington, D.C. * | |
|     Plaintiff * | |
| * | |
| * | |
| -v- * | Civil Action No.:   06-0322-RMU |
| * | |
| HERITAGE CARE, Inc. * | |
| dba * | |
| St. Thomas More Nursing & * | |
| Rehabilitation Center * | |
| 4922 La Salle Road * | |
| Hyattsville, MD * | |
| * | |
| Dr. Benjamin Adewale, M.D. * | |
| 7011 Calano St. * | |
| Springfield, VA 22150 * | |
|     Defendants * | |

PLAINTIFF'S RESPONSE TO DEFENDANT HERITAGE CARE, INC.'S MOTION
TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER CASE TO UNITIED
STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, SOUTHERN
DIVISION

　　　　COMES NOW Plaintiff, William Ray, by and through under signed counsel, and humbly request that this Honorable Court deny defendant Heritage Care, Inc's motion to dismiss or transfer his case. Plaintiff can provide more than a prima facie showing to establish that this Court has personal jurisdiction in this matter. Plaintiff is a life-time citizen of the District of Columbia, which encompasses the period of time wherein the injuries perpetrated upon him by the defendants occurred. Plaintiff currently resides in the District of Columbia. Defendants, particularly the moving party, Heritage Care d/b/a St. Thomas More, has significant ongoing contact and business with the District of Columbia and its citizens. Defendants' physical location, as St. Thomas More Nursing and Rehabilitation, borders the District of Columbia. Defendant's contact is so continuous and systematic that it would only be reasonable to foresee being haled into a court in the District of Columbia.

Dismissal would be inappropriate in this instance, indeed transfer would be inappropriate for the aforementioned reasons and where here the District of Columbia has an interest pertaining to the healthcare of its citizens.

WHEREFORE, for the reasons set forth herein, and in the Memorandum of Law in support of this Motion in Opposition, filed herewith and incorporated herein, Plaintiff humbly requests that defendant Heritage Care's motion be denied.

Respectfully submitted,

_____/S/_____
Charles G. Canty, Esq.
Bar No. 443186
Law Office of Charles Canty
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036
(202) 857-1465
(202) 857-9799  (Fax)
canty4law@mac.com

Attorney for Plaintiff William Ray

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2006, a copy of the foregoing Plaintiff's Opposition to Defendant Heritage Care, Inc.'s Motion to Dismiss or, in the alternative, to Transfer to United States District Court for the District of Maryland, Southern Division, was served, by first class mail, postage prepaid, on Kathleen M. McDonald, Esquire, c/o Kerr McDonald, LLP, 31 Light Street, Suite 400, Baltimore, Maryland 21202, attorney for Defendant Heritage Care, Inc. and Benjamin Adewale, M.D. 7011 Calano Street, Springfield, VA, 22150, Defendant *pro se.*

                                        /S/
                                 Charles G. Canty