GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES
### REFERRAL FOR LONG TERM CARE

Date of Referral: 8-14-2000

Services Requested: ( ) Home Care  ( ) Medical Day Care  ( ) Nursing Home
( ) Community Residence Facility  ( ) ICF/MR

Name of Patient: Ray (Last), William (First), M (MI)
Sex: M   D.O.B.: 11-21-79   Birth Place: DC
Marital Status: [X] Single  [ ] Married  [ ] Widowed  [ ] Divorced

Address: 970 Webster St NE, Washington DC 20?
Tel No.: 526-9423
( ) Private Home  ( ) CRF

( ) Own Home  ( ) Alone  [X] With Others  [X] Steps/Barriers Present  ( ) Nursing Home  ( ) Other

Responsible Person: Mother - Regina Ray
Address: 1313 Riggs Rd NE, Washington DC 20?
Tel. No.: 724-8174

Next of Kin: Same as above
Address: _____   Tel No.: _____

Income Source: SSI
Health Insurance: Medicaid

Social Security No.: 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
Medicare No.: N/A

Medicaid No.: 70144920
Expiration Date: _____

Hospital: WHC   Hosp. No.: 202 877-?   Admit Date: _____
Discharge Date: 08-04-99

Referral Source and Contact Person: M Katherine Hoyt
Address: 4922 LaSalle Rd, Hyattsville MD
Tel. No.: 202 877-1020 / 301-864-2333
3-26-99  Ext 5444

## PART A: (Home Care to Complete)

Home Care No.: _____   Admitted: ( ) Yes  ( ) No

( ) Nursing Services  ( ) Personal Care Services  ( ) Medical Services

Authorized Signature: _____   Date: _____

Physician's Name  |  Nurse's Name  |  Social Worker's Name

## PART B: (Central Referral Bureau to Complete)

Level of Care: _____   Days Assigned: _____

Professional Nursing and Health Services Required

Rehabilitation Potential  2 ( ) Yes
New Diagnosis            3 ( ) Yes
New Surgery              3 ( ) Yes

Authorized Signature: _____   Date: _____

Comments: _____

## PART C: (Receiving Facility Completes)

Patient Starting Date Requested: 8-15-2000   Facility Name: St Thomas More

Signature: M Katherine Hoyt   Title: Admissions   Date: 8-15-2000

Government of the District of Columbia
Department of Human Services

Preadmission Screening/Annual Resident Review (PASARR)
for Mental Illness and Mental Retardation

Date: 08-15-2000

Name of Patient: William Ray

Date of Birth: 11-21-79     Sex: Male ☒    Female ☐

Home Address: 970 Webster St NE WDC

Medicaid No.: 7014492     Health Insurance: medicad

Current Location: with Grlfrnd     Telephone No.: 202 526-9423

Referral Contact Person: M Latheit     Title: admissions

Telephone No.: 301 864-2333

**Part A Evaluative Criteria**

**For Mental Illness**

1. Does the individual have a diagnosis of mental illness? (See attached definition sheet)
   Yes ☐ (Diagnosis) _____     No ☒

2. Has the person had any recent (within the last two years) history of mental illness, or has a major tranquilizer been prescribed on a regular basis in the absence of a justifiable neurological disorder? Yes ☐     No ☒

3. Is there any presenting evidence of mental illness (except primary diagnosis of Alzheimer's Disease or dementia) including possible disturbances in orientation, affect, or mood?
   Yes ☐     No ☒

**For Mental Retardation or Related Conditions**

1. Does the individual have a diagnosis of mental retardation or related conditions? (See attached definition sheet) Yes ☐ No ☒

2. Is there any history of mental retardation or developmental disability in the identified individual's past? Yes ☐     No ☒

3. Is there any presenting evidence (cognitive or behavior functions) that may indicate the person has mental retardation or developmental disability? Yes ☐     No ☒

4. Was the person referred by an agency that serves persons with mental retardation (or other developmental disabilities), and deemed eligible for that agency's services?
   Yes ☐     No ☒

dfmclrs/dcma/ltc/dc/govltr.doc

If any answer to Part A is "Yes", complete Part B.
If all the answers in Part A are "No", do not completed Part B.

| Part B. | Condition For Exemption |
|---|---|
| | Check (X) if any of the following exempting conditions apply. |

_____ Convalescent care needed; being discharged from an acute care hospital and admitted to the nursing facility as part of a medically prescribed period of recovery; is not a danger to self or others and nursing facility stay is not to exceed 120 days.

_____ Terminally ill, as certified by a physician with a life expectancy of six months or less, and is not a danger to self or others.

_____ Severely ill; comatose, ventilator dependent, functions at the brain stem level, or has a diagnosis of: Chronic Obstructive Pulmonary Disease, Severe Parkinson's Disease, Huntingston's Disease, Amyorrophic Lateral Sclerosis, Congestive Heart Failure, or other severe similar diagnosis;
Specify diagnosis: _____

Part C.     ~~(Central Referral Bureau to Complete)~~ DME

Level of Care: Skilled

_____ Appropriate for Nursing Facility placement, has primary diagnosis of dementia (including Alzheimer's disease or related disorder) based on a neurological examination.

✓ Appropriate for Nursing Facility placement, no evidence of MI/MR

_____ Appropriate for Nursing Facility placement, evidence of MI/MR with exempting condition present.

_____ Evidence of MI with no exempting condition; referred to Commission on Mental Health Services. Date: _____

_____ Evidence of MR with no exempting conditions: referred to Mental Retardation/Development Disabilities Administration.

Date: 08-15-2000
Signature: Matthew Hoyt    Title: admissions

Part D.     (Referral Source or Nursing Facility to complete for Non-Medicaid Only)

_____ Appropriate for Nursing Facility placement, has primary diagnosis of dementia (including Alzheimer's disease or related disorder) based on a neurological examination.

✓ Appropriate for Nursing Facility placement, no evidence of MI/MR

**(Part D. Continued)**

_____ Appropriate for Nursing Facility placement, evidence of MI/MR with exempting condition present.

_____ Evidence of MI with no exempting condition; referred to Commission on Mental Health Services. Date: _____

_____ Evidence of MR with no exempting conditions: referred to Mental Retardation/Development Disabilities Administration.

Date: *08-15-2000*

Signature: *M. Katherine Hoyt*     Title: *admissions*

**NOTE:** This form must be completed for all applicants in nursing facilities that participate in the DC Medicaid Program.