
# MAPQUEST.

**START 4922 Lasalle Rd**
Hyattsville, MD
20782-3302, US

**END S Dakota Ave Ne & Michigan Ave Ne**
Washington, DC 20017, US

**Total Est. Time:**
3 minutes

**Total Est. Distance:**
0.84 miles

| Maneuvers | Distance |
|---|---|
| **1:** Start out going SOUTH on LASALLE RD toward WOODREEVE RD. | 0.2 miles |
| **2:** Turn RIGHT onto CARSON CIR. | <0.1 miles |
| **3:** CARSON CIR becomes EASTERN AVE NE / EASTERN AVE. | <0.1 miles |
| **4:** Turn RIGHT onto MICHIGAN AVE NE. | 0.4 miles |
| **5:** End at **S Dakota Ave Ne & Michigan Ave Ne** Washington, DC 20017, US | |

**Total Est. Time:** 3 minutes   **Total Est. Distance:** 0.84 miles

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usabi
expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from s