IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| -v- | * | Civil Action No.:  06-0322-RMU |
| | * | |
| HERITAGE CARE, Inc. *et. al.* | * | |
| | * | |
| Defendants | * | |

**ORDER DENYING DEFENDANT HERITAGE CARE, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE TO TRANSFER**

This Court, after having considered the motion of defendant, Heritage Care, Inc. to dismiss this matter for improper venue and/or lack of personal jurisdiction, or in the alternative, that this case be transferred to the United States District Court for the District of Maryland, Southern Division as well as reviewing and considering Plaintiff William Ray Opposition to Defendant's stated motion.  This Court has concluded that venue in this Court is indeed proper and that this Court chooses to exercise its jurisdiction over the parties.  There are substantial private and public considerations to resolve this matter in the District of Columbia as a matter of interest.  Accordingly, it is, this _____ day of _____, 2006,

**ORDERED** that the motion of Heritage Care, Inc., is DENIED, and this matter will be set for _____

_____

_____

_____
United States District Judge

cc: Charles G. Canty, Esq.
1025 Connecticut Ave., N.W.
Suite 1012
Washington, D.C. 20036

Kathleen M. McDonald, Esq.
Kerr McDonald, LLP
31 Light St., Suite 400
Baltimore, Maryland 21202

Lawrence J. Gebhardt, Esq.
Gebhardt & Smith, LLP
Ninth Fl.
The World Trade Center
Baltimore, Maryland 21202

Dr. Benjamin Adewale, M.D.
7011 Calano St.
Springfield, VA 22150

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of March, 2006, a copy of the foregoing Plaintiff's proposed Order Denying Defendant Heritage Care, Inc.'s Motion to Dismiss or, in the alternative, to Transfer to United States District Court for the District of Maryland, Southern Division, was served, by first class mail, postage prepaid, on Kathleen M. McDonald, Esquire, c/o Kerr McDonald, LLP, 31 Light Street, Suite 400, Baltimore, Maryland 21202, attorney for Defendant Heritage Care, Inc. and Benjamin Adewale, M.D. 7011 Calano Street, Springfield, VA, 22150, Defendant *pro se.*

                                                _____
                                                Charles G. Canty