IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM RAY | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0322-RMU |
| HERITAGE CARE, INC., et al. d/b/a St. Thomas More Nursing & Rehabilitation Center | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*        \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT HERITAGE CARE, INC., TO STRIKE
UNSUPPORTED ASSERTIONS AND EXHIBITS IN RESPONSE
TO MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER**

Defendant, Heritage Care, Inc. ("Heritage"), by its undersigned counsel, moves that Exhibits A and B in the Response of Plaintiff to Heritage's motion to dismiss or, in the alternative, to transfer this case to the United States District Court for the District of Maryland, Southern Division, which Response is Paper No. 8, and that the factual assertions in the Response that are unsupported by affidavit or equivalent statement under oath, be stricken and not be considered by this Court in ruling on Heritage's motion.

In further support of this motion to strike, Heritage incorporates its Reply Memorandum in Further Support of its Motion to Dismiss, or, in the Alternative, to

Transfer this case to the United States District Court for the District of Maryland, Southern Division, filed contemporaneously with this motion to strike.

Respectfully submitted,

*Kathleen M. McDonald*
Kathleen M. McDonald
Bar No. 477269
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, MD 21202
(410) 539-2900
(410) 539-2956 (FAX)
Kmcdonald@kerrmcdonald.com

*Lawrence J. Gebhardt*
Lawrence J. Gebhardt
Bar No. 418749
Gebhardt & Smith, LLP
Ninth Floor
The World Trade Center
Baltimore, MD 21202
(410) 752-5830
(410) 383-5119 (FAX)

Attorneys for Defendant Heritage Care, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2006, a copy of the foregoing Motion of Defendant Heritage Care, Inc., to Strike Unsupported Assertions and Exhibits in the Response to Motion to Dismiss or, in the Alternative, to Transfer to United States District Court for the District of Maryland, Southern Division, was served, by first-class mail, postage prepaid, on Charles G. Canty, Esquire, 1025 Connecticut Avenue, N.W., Suite 1012, Washington, D.C. 20036, attorney for Plaintiff, and Benjamin Adewale, M.D., 7011 Calano Street, Springfield VA, 22150, Defendant *pro se*.

*Kathleen M. McDonald*
Kathleen M. McDonald

M3548