## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| WILLIAM RAY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-322 (RMU) |
| | : | | |
| v. | : | Document No.: | 6 |
| | : | | |
| HERITAGE CARE, INC., and | : | | |
| | : | | |
| BENJAMIN ADEWALE | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

#### GRANTING THE DEFENDANT'S MOTION TO TRANSFER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 24th day of July, 2006,

**ORDERED** that the defendant's motion to transfer is hereby **GRANTED**, and it is

**FURTHER ORDERED** that this case be transferred to the United States District Court for the District of Maryland.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge